USCA1 Opinion

 

 March 22, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-2004 EDSEL R. HARRY, Petitioner, v. IMMIGRATION AND NATURALIZATION SERVICE, Respondent. __________________ ON PETITION FOR REVIEW OF AN ORDER OF THE BOARD OF IMMIGRATION APPEALS ___________________ Before Breyer, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ___________________ Edsel R. Harry on brief pro se. ______________ Frank W. Hunger, Assistant Attorney General, Robert Kendall, _______________ _______________ Jr., Assistant Director, and Karen Fletcher Torstenson, Attorney, __ _________________________ Office of Immigration Litigation Civil Division, on brief for respondent. __________________ __________________ Per Curiam. We have carefully reviewed the record __________ and conclude that the decision to deny relief from deportation fell within the broad range of the Board's permissible discretion. See, e.g., Palacios-Torres v. INS, ___ ___ _______________ ___ 995 F.2d 96, 99-101 (7th Cir. 1993). The petition for review is denied. -2-